UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
U.S. BANK NATIONAL ASSOCIATION, AS
TRUSTEE, AS SUCCESSOR IN INTEREST TO
BANK OF AMERICA, N.A., AS TRUSTEE
FOR THE REGISTERED HOLDERS OF
CREDIT SUISSE FIRST BOSTON MORTGAE
SECURITIES CORP., COMMERCIAL
MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2007-C2, ACTING
BY AND THROUGH ITS SPECIAL
SERVICER, TORCHLIGHT LOAN SERVICES,
LLC,

       Plaintiff,         20-cv-3577 (PKC)

  -against-             <u>ORDER</u>

KEYBANK, NATIONAL ASSOCIATION, AS
SUCCESSOR BY MERGER TO KEYCORP
REAL ESTATE CAPITAL MARKETS, INC.
AND BERKADIA COMMERCIAL
MORTGAGE, LLC,

       Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

  Each party shall deliver to chambers hard copies of its submissions on the pending motion(s) within 14 days of this Order.

  SO ORDERED.

                P. Kevin Castel
                United States District Judge

Dated: New York, New York
    November 7, 2022